# In the United States District Court
# For the Southern District Of Georgia
# Waycross Division

JERRY ALLEN MCCUMBERS,      *
                                  *
         Plaintiff,          *       CIVIL ACTION NO.: 5:16-cv-54
                                    *
    v.                                  *
                                    *
GRADY PERRY; ANDRE FORD; and    *
HILTON HALL,                       *
                                    *
         Defendants.        *

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's July 26, 2016 Report and Recommendation, dkt. no. 4, to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED** as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint and **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

SO ORDERED, this 16 day of August , 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA